IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANDRES GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 308-024 |
| | ) | |
| WALT WELLS, Warden CCA/McRae; | ) | |
| H. LAPPIN, Director of Federal Bureau of | ) | |
| Prisons; and ATTORNEY GENERAL | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 7). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, H. Lappin, Director of the Federal Bureau of Prisons, and the Attorney General of the United States are **DISMISSED** from this case, and this case is **DISMISSED** without prejudice based on Petitioner's failure to exhaust administrative remedies.

SO ORDERED this 12th day of June, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE